Gregory Marshall (019886)
Erica J. Stutman (029664)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:  602.382.6000
gmarshall@swlaw.com
estutman@swlaw.com
*Attorneys for Defendant Laura Sixkiller*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Stephen S. Edwards,<br><br>                     Plaintiff,<br><br>          v.<br><br>PHH Mortgage Corporation, Laura Sixkiller Individual Az Bar (022014) All persons unknown, claiming any legal or equitable right, title, lien or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, jointly and severally, and Clear Recon Corporation,<br><br>                     Defendants. | Case No. 2:18-cv-04040-SPL<br><br>**DEFENDANT LAURA SIXKILLER'S RESPONSE TO PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS LAURA SIXKILLER UNDER THE FOLLOWING CONDITIONS [Doc. 16]** |

Defendant Laura Sixkiller responds to Plaintiff's Motion to Voluntarily Dismiss Laura Sixkiller Under The Following Conditions (the "Motion") [Doc. 16]. Substantively, the Motion purports to be a settlement offer, with terms upon which Plaintiff will voluntarily dismiss Ms. Sixkiller.  While appreciating Plaintiff's offer, Defendant Sixkiller declines, and has proceeded with a Motion to Dismiss, Doc. 20.

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>One Arizona Center, 400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br>602.382.6000

DATED December 3, 2018.

Respectfully submitted,

SNELL & WILMER L.L.P.


By: *s/ Erica Stutman*
Gregory Marshall
Erica J. Stutman
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
*Attorneys for Defendant Laura Sixkiller*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2018, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing, and a copy to CM/ECF registrants.  I further certify that on this same date I served the attached document by mail and email on the following:

Stephen Edwards
16030 South 36th Street
Phoenix, Arizona 85048
stevoNaz@aol.com
*Plaintiff Pro Per*


*s/ Marge Johnson*
4852-4759-5905

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

- 2 -