**STEPHEN S. EDWARDS**

16030 S 36th St,
Phoenix, AZ 85048
Telephone: (602) 757-2110
StevoNaz@aol.com
PLAINTIFF



FILED _____ LODGED
RECEIVED _____ COPY

JAN 1 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| STEPHEN S. EDWARDS | CASE 2:18-cv-04040-SPL |
| Plaintiff,<br>v. | **PLAINTIFF'S REPLY TO (Doc 50)** |
| PHH MORTGAGE CORPORATION, PHH CEO ROBERT CROWL, LAURA SIXKILLER Individual's Az Bar (022014), Kate L. Benveniste AZB# 027284, Gregory Marshall AZB# 019886, Laurel L. Handley AZB#023250, Tim R. Pomeroy AZB# 032966, CLEAR RECON CORPORATION | **Rule 12(f) and**<br>**Rule 4 (2) Request for Sanctions**<br>**RECON CORP**<br>**TIM POMEROY -Lawyer**<br>**Laurel Handley -Lawyer** |
| Defendants, | |

Pursuant to Rule 12(f) Edwards Moves to Strike the response from Defendant's Recon Corp lawyer Tim Pomeroy (Pomeroy) because it is Mindless expressions'. After refusing to waive service licensed lawyer Timothy Pomeroy signed for Certified United States Post Mail on December 27, 2018 at 4375 Jutland Drive San Diego 92117 see (Exhibit 1 Signed receipt US Certified Mail, Exhibit 2 E-mail from Pomeroy refusing to waive service, Exhibit 3 Recon E-mail verifying they are a Debt Collection Agency) *__Mr Pomeroy plays little games fails to answer to the claims against them, fails to waive service as a licensed lawyer this should be considered Conscience of guilt__*. This case has nothing to do with Edwards ability to pay a $2300.00 Mortgage on a $1,100,000.00 Custom Home. The balance owed shows paid in full as of January 2017. PHH is Barred from any Non-Judicial Foreclosure. Further these culprits confirm why an

FBI investigation should commence without any further delay because these culprits do not tell the truth. Sanctions should be granted; Rule 4(2) States

Rule 4 (2) *Failure to Waive.* If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:(A) the expenses later incurred in making service; and(B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

The Court issued a Summons and the defendants Pomeroy and Handley are licensed lawyers refused to waive service (Exhibit 1-3). Both know the plaintiff has nerve damage. Both realize This Courthouse is not exclusive for lawyers to conduct business. Both were playing games. Pomeroy and Handley are not honest people. Recon should return an ill-gotten gains. Let me profer this: The World knows how our mortgage system works. If you have a custom home valued at $1,100,000.00 and you want only $508,000.00 the foreclosure amount. It is Brainless to question ability to obtain financing so Mr Pomeroy has no credibility whatsoever and should be muted moving forward. Edwards will file for summary judgment. This demonstrate Mr Pomeroy lack of knowledge in the mortgage or business world. Mr Pomeroy has no excuse for not telling this court the truth (See exhibit 4 Sept 27, 2017). An immediate FBI investigation is required to report to this court how dumb these statements really are. There is NO Intelligence to these comments by Mr Pomeroy. And as Trustee he violated due process because the house was titles under Mesa Blue so he knew the title was clouded. Edwards built this home and a mechanics lien still exist. Recon has committed mortgage fraud. The Jury is not going to like Mr Pomeroy.

**LIBELOUS Baseless claims See PAGE 7 Line 14 of Doc 50.**

**Defendants do not know how to tell the truth Loan Paid October 2016** (Exhibit 5)

There is no intelligence to these statements; Edwards home value is $1,100,000.00 and the foreclosure amount was $508,000.00. Recon pocketed over $90,000.00 as trustee. Mr Pomeroy has

demonstrated why he is a defendant because his allegations are Frivolous. This House has over 60% Equity that means over $600,000.00. Mr Pomeroy is clouded and does not understand simple math or any about Edwards ability to finance anything. **Argument #2** No Claims have been dismissed. Wrongful Foreclosure, Conspiracy charges, FDCA, RESPA a slew of charges exist. Mr Pomeroy does not know what he's talking about. This case has nothing to do with ability Mr Pomeroy should avoid such broken statements. Mr Pomeroy Fails to tell this court because he does not know what happened between PHH and Edwards post June 28, 2018! Mr Pomeroy Recon have established they have no defenses. Recon failed to investigate. Mr Pomeroy was not privy to any discussion between PHH and Edwards so his arguments are fabricated. **Argument #3**; Frivolous statements as there are many actionable claims that are before the court. **Argument #4** Civil Conspiracy is obvious. Mr Pomeroy want the world to infer that this court is stupid. **Argument #5** Quiet Title. As Trustee Mr Pomeroy Fails to report to this court that there was a cloud on title at the time of the wrongful foreclosure. **Argument #6** RESPA Violations. Mr Pomeroy may not understand what he did. Recon wants the court to infer that Edwards does not have the means when PHH cannot even make that claim. This Motion (doc 50) is Ridiculous Mr Pomeroy was warned back in Sept 2017 (Exhibit 4) this was not a foreclosure matter. Mr Pomeroy was warned not to sneak thru a foreclosure and he failed to listen and abide by the law. PHH is Barred from any non Judicial foreclosure. Quiet title exist because the house was titled under Mesa Blue so all parties were aware there was a cloud on the title. Mr Pomeroy has No Credibility and the veracity of his False statements' warrant sanctions. Edwards will file for summary judgment.

**Fair Debt Collection Practices (FDCP) Recon Admits they are a Collection Agency**

Recon has shown no proof of investigation or their duty to comply with the Fair Debt Collection Practices. Conscience of Guilt exist. Edwards has been besmirched for too long and all of Edwards constitutional rights must be respected. Mr Pomeroy, Clear Recon clearly do not respect the system.

Recon was **WARNED in November 2017** (Exhibit 4) that this is not a foreclosure matter. Recon has shown no evidence or restraint to comply with RESPA, or the FDCPA. Both Federal agencies. Mr Pomeroy is new to these proceedings that began in October 2014. Mr Pomeroy, Ms Handley or Recon Corp has NO knowledge of any facts that would allow them to ascertain any valid or intelligent response that they have made. These are licensed lawyers wanting to play games. Their conduct is abhorrent inaccurate, malicious and reckless. Mr Pomeroy provided his San Diego address. The Summons and Complaint was sent to that address and he signed. Mr Pomeroy accepted service by US Certified Mail. at a court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). "[M]otions to strike should be granted unless it is clear that the matter to be stricken could have a possible bearing on the subject matter of the litigation. Doc 50 is frivolous. THE Derfendants who must , Immaterial matter that which has no essential or important relationship to the claim for relief or the defenses being pleaded." *Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1527 (9th Cir.1993), rev'd on other grounds 510 U.S. 517 (1994) (internal citations and quotations omitted). "Impertinent matter consists of statements that do not pertain, and are not necessary, to the issues in question." *Id.* . no mortgage exist after May 2015 (See Exhibit 6 May 2015) Edwards even filed for bankruptcy protection and the court agreed Edwards does not qualify as there is no debt. Edwards was not aware of Recon adverse actions because they stated they cancelled the sale in December 2017 by his associate Debra Dellias. All employees of Recon are based outside of Arizona so they are thinking they have immunity.

**LAWYERS WHO CANNOT TELL THE TRUTH SHOULD BE DISQUALIFIED.**

Mr Pomeroy has decimated his credibility!  As a result of the defendants actions Edwards has suffered Racial and death threats from the house flipper Robbie Riggs. Those exhibits have been entered and part of the 2nd Amended complaint. Mr Riggs called me "Nigga" and asked me to open

up the door at 3:14AM November 22nd the day before thanksgiving. Then on Christmas eve "FUCk YOU" These are the class of people Mr Pomeroy associates with. This court can see firsthand how deceptive Mr Pomeroy really is.

Wherefore Plaintiffs request this court Strike from the records (Doc 50) and for an order, Directing the FBI to investigate the conduct of PHH for mortgage fraud, Recon for their role as a debt collector. Mr Pomeroy $5000.00 sanctions for his false and deceptive slanderous statements (Perjury) as a licensed lawyer. Mr Riggs investigated for Civil Rights violations. Further to designate the Attorney General from IOWA as to non-compliance of the Consent Judgment 1:18-cv-00009.

Respectfully submitted on this 16th day of January, 2019 by:

—

_____
STEPHEN S. EDWARDS
The Plaintiff

# EXHIBTs 1-6

Add a tracking number



**70172680000015071289**

**Delivered:**
SAN DIEGO, CA 92117 on
December 26, 2018 at 8:49 am

**Expected Delivery by:**
Wednesday, December 26,
2018 by 8:00pm



**70172680000015071296**

**Delivered:**
SAN DIEGO, CA 92117 on
December 27, 2018 at 8:29 am

E 2

**From:** Timothy R. Pomeroy <TPomeroy@aldridgepite.com>
**To:** 'Stevo' <StevoNaz@Aol.com>
**Cc:** Chelsea A. Miller <CMiller@aldridgepite.com>
**Subject:** RE: Stephen S. Edwards v. PHH Mortgage Corp. et al. Loan No. XXXXXXXXXXXed** AP No. 001395-002201.001
**Date:** Fri, Dec 21, 2018 11:50 am

---

We will not waive service.

---

**From:** Stevo [mailto:StevoNaz@Aol.com]
**Sent:** Friday, December 21, 2018 10:49 AM
**To:** Timothy R. Pomeroy
**Cc:** Chelsea A. Miller
**Subject:** Re: Stephen S. Edwards v. PHH Mortgage Corp. et al. Loan No. XXXXXXXXXXXed** AP No. 001395-002201.001

Too late . you can waive service and I will send you a court stamped copy or my servers are going to try to reach you at your residence

Sent from: Super Steve

On Dec 21, 2018, at 11:45 AM, Timothy R. Pomeroy <TPomeroy@aldridgepite.com> wrote:

Steve,

We will not accept electronic service.  You may, however, serve Ms. Handley and myself at our San Diego office, below.

Tim Pomeroy*

*Senior Associate*

**Aldridge | Pite, LLP**

4375 Jutland Drive

San Diego, CA 92117

Main: **(858) 750-7600**

Direct: **(858) 750-7669**

1400 E Southern Ave., Suite 650

Tempe, AZ 85282

Main: (858) 750-7600

Direct: (858) 750-7669

Fax: (619) 590-1385

tpomeroy@aldridgepite.com

**Alabama | Alaska | Arizona | California | Florida | Georgia | Hawaii | Idaho | Illinois | Nevada | New Mexico | New York | North Carolina | Oregon | Tennessee | Texas | Utah | Washington**

\* Licensed in Arizona, California and the District of Columbia

**This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose. However, if you are in an active bankruptcy case or have received a discharge of your personal liability for this debt in bankruptcy, our firm does not seek to enforce your personal liability for the debt, but may be able to pursue legal action to obtain possession of the collateral which is security for the debt to the extent that our client has a valid lien against the collateral.**

This e-mail and any attachments contain information from the law firm of Aldridge Pite, LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination of this e-mail or its attachments by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or its attachments or from making any use of same. If you believe you have received this e-mail in error, please notify the sender by replying to this email or calling the sender at (404) 994-7400 and delete the e-mail from any drives or storage media and destroy any print out(s) of this e-mail or its attachments.

E-4

From: StevoNaz <StevoNaz@aol.com>
To: RIPO Requests <RIPORequests@aldridgepite.com>
Cc: customerservice <customerservice@aldridgepite.com>
Subject: Re: Payoff and Reinstatement Quote (Good through 10/18/2017)
Date: Wed, Sep 27, 2017 9:38 am

BRyan

Re: Faulty Foreclosure violations of (FDCPA)

17 65 N. Lemon St., Mesa, AZ 85205

This is our second notice that you remove your faulty foreclosure set for November 2017

We advised your company that this is not a foreclosure situation and we provided five days for you to remove any foreclosure sale.
After those five days we also advised that your company will now have liability to our claims that should be filed any day.

1. Your payoff amount is grossly inaccurate
2. You were not aware that the house was so and the deed is under Mesa blue
3. Phh has no mortgage or valid deed
4. PHh has an escrow account with cash monies for the proper and correct balance
5. There are no monthly payments due
6. There have been no monthly payments since November 2014 when the escrow account was created

Arizona Law: does not provide any foreclosure however provides remedy for those who try to commit fraud

I will expect a follow up at your very soonest and within 48 hours

Thank you so much for your understanding

Sent from: Super

On Sep 19, 2017, at 10:20 AM, RIPO Requests <RIPORequests@aldridgepite.com> wrote:



Please find the requested document(s) attached:



Borrower: STEPHEN S. EDWARDS



Loan #: 7114548147

*ΚS*

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/16 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |
| 02/16 | No Data Available | | | | | | | | |
| 01/16 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |
| 12/15 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |
| 11/15 | No Data Available | | | | | | | | |
| 10/15 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |

**Mortgage Service Center -PHH**    3000 Leadenhall Rd Attn : SV09 Mount Laurel NJ 08054-4606 : (877) 688-7118

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 954711454* | | 01/01/2010 | $85,000 | | | Monthly | | 9 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2016 | $0 | | 01/2011 | $449 | $1,660 | | 09/2010 | | | | | | 07/2012 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Conventional Mortgage;

**US Bank**    PO Box 108 C B Disputes Saint Louis MO 63166-0108 : (866) 234-4750

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 414778857543* | | 04/01/2015 | $25,443 | $24,200 | | Monthly | | 14 | Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2016 | $24,367 | $1,537 | 05/2016 | | $550 | 06/2016 | | | | | | | 08/2016 |

Status - 90 - 119 Days Past Due; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; ;

| Account History with Status Codes | 07/2016 | 06/2016 |
|---|---|---|
| | 2 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/16 | No Data Available | | | | | | | | |
| 08/16 | No Data Available | | | | | | | | |

( Continued On Next Page )

6277044498X67-002363375-   1-   1 - S

# EQUIFAX

*CREDIT FILE :* **October 3, 2016**

*Confirmation #* **6277044498**

| *Personal Identification Information* (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.) |
|---|

*Please address all future correspondence to:*

Name On File:  Stephen Sirhan Edwards
Social Security #   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   Date of Birth: August 31, 1964
Current Address:   16030 S 36th St, Phoenix, AZ  85048  (480) 759-0334  Reported: 10/2016
Previous Address(es):  3221 S Kachina Dr, Tempe, AZ 85282  Reported: 10/2016
1765 N Lemon N, Mesa, AZ  85205  Reported: 09/2016
Last Reported Employment:   Super Limo Com;
Previous Employment(s):   Edward Entertainment;
ALERT(s):   **Extended Fraud Alert**
**File Blocked For Promotional Purposes**





www.investigate.equifax.com
Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348

(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

Contact Information:  Expiration Date: 01/20/2019 ;  Date Reported: 10/20/2015 ;

| *Consumer Statement* (Credit grantors may view this statement when evaluating your credit) (This section allows the consumer a personal statement regarding their credit file.) |
|---|

Date Recorded: 10/2012

The Statement/Alert Shown Below Expires On: 10/2022

COSUMER CLAIMS ON THE AMERICAN EXPRESS ACCOUNT HE HAS WITHHELD PAYMENT PURPOSELY SINCE 2009 UNTIL DISPUTE IS RESOLVED CONSUMER STATES AMEX OWES HIM MONEY

## Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| *Account History Status Code Descriptions* | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | | |

( Continued On Next Page )

6277044498X67-002363375-   1-   1 - S

**GT** GreenbergTraurig



Laura Sixkiller
Tel 602.445.8446
Fax 602.445.8693
SixkillerL@gtlaw.com

May 5, 2015

**VIA ELECTRONIC and U.S. MAIL**

Stephen S. Edwards
1765 North Lemon
Mesa, Arizona  85202
sedware@aol.com

Re:    Payoff of Loan No. 7114548147

Dear Mr. Edwards:

At your request, I have received a quote of the payoff amount for the above referenced loan from PHH Mortgage Corporation ("PHH").  If paid on or before 5:00 pm ET on May 31, 2015, the total amount necessary to pay the Loan in full is **$601,928.14** if paid by wire transfer, or **$601,903.14** if paid by cashier's check (collectively, the "Payoff Amount").  The following is an overview of how the Payoff Amount was calculated:

| | |
|---|---|
| Current Principal Balance | $ 508,411.03 |
| Total Interest Due | $ 17,454.82 |
| Unpaid Late Charges | $ 1,183.93 |
| Unpaid Other Fees | $ 78.75 |
| Lien Release Fee | $ 21.50 |
| Recording Fee | $ 10.00 |
| Priority Statement Fee | $ 20.00 |
| Demand Statement Fee | $ 15.00 |
| Attorneys' Fees[1] | $ 74,708.11 |
| **Total Amount Due to Pay Loan In Full By 5-31-15:** | **$601,903.14** |
| Wire Fee | $ 25.00 |

---

[1]    PHH is entitled to attorneys' fees and costs under the deed of trust and/or the promissory note.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY*
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL*
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV*
TOKYO*
WARSAW*
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

# CERTIFICATE OF SERVICE

[X]    I hereby certify that, I am employed in the County of Maricopa, State of Arizona.  I am over the age of 18; my address is 16030 S. 36th Phoenix, AZ 85048

[X]    I hereby certify that on January 16, 2019 I will serve the attached

Document by e-mail to all defendants email Listed Below:

Chelsea A. Miller CMiller@aldridgepite.com
    Lockard, Tammy Tammy.Lockard@dlapiper.com for PHH Mortgage
Cc Timothy R. Pomeroy
    Marshall, Greg gmarshall@swlaw.com
    On Behalf of Sixkiller and Benvenistse

**Defendant: Robert Crowl  by E-mail to Kate.benveniste@dlpiper.com**

Dated: January 16, 2019

By /s/ Stephen S. Edwards
    Stephen S. Edwards
    Plaintiff

Page 7 of 7